United States District Court
Northern District of California

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4  ANGEL ORTIZ DIAMOND,

5      Plaintiff,

6    v.

7  CITY OF LOS ANGELES, et al.,

8      Defendants.

Case No. 15-cv-03153-EDL

**ORDER**

10     GOOD CAUSE APPEARING THEREFOR,

11     IT IS ORDERED that this case is reassigned to the Honorable **James Donato** in the **San**

12 **Francisco** division for all further proceedings. Counsel are instructed that all future filings shall

13 bear the initials **JD** immediately after the case number.

14     All dates presently scheduled are vacated and motions should be renoticed for hearing

15 before the judge to whom the case has been reassigned. Briefing schedules, ADR compliance

16 deadlines, and other case deadlines remain unchanged. Matters for which a magistrate judge has

17 already issued a report and recommendation shall not be rebriefed or noticed for hearing before

18 the newly assigned judge; such matters shall proceed in accordance with Fed R. Civ. P. 72(b).

19 Dated: 8/14/2015

FOR THE EXECUTIVE COMMITTEE

Richard W. Wieking
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.

Copy mailed to party(s).