JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| **ANGEL ORTIZ DIAMOND, II,** | ) | |
| Plaintiff, | ) | No. CV 15-07064 JAK (AJW) |
| v. | ) | |
| | ) | **J U D G M E N T** |
| **CITY OF LOS ANGELES, et al.,** | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: June 6, 2016

JOHN A. KRONSTADT
United States District Judge